

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dwayne Uterral Hardeman,

Vs. No. 11-16-00244-CR

The State of Texas,

\* From the 35th District Court
of Brown County
Trial Court No. CR23428.

\* August 16, 2018

\* Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for a new trial.